Date, 9-30-2015

83,361-01

Concery Lee Richardson
# 1838461
Cobbield Unit
2661 Fm 2054
Tennessee Colony TX 75884

Court of Criminal appeal
of Texas
P.O. Box 12308
Capital station
Austin Texas 75711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 09 2015

Abel Acosta, Clerk

Case # TR. Ct No 2012F00139-A WR-83,361-01

My Name is Concery Lee Richardson. I'm writing this Letter on Regarding my Application for a Writ of Habeas Corpus 11.07 Form wanting to know the Status on my Case

The Court of Criminal Appeals of Texas ORDER Case no 2012-F-00 139 in the 5th District Court from Cass County to have my counsel to write an affidavits concerning ineffective assistance By failing to Request a lesser included offense of simple assault failing to move for a directed verdict, failing to build a defense around the effects of applicant's anxiety and medication, failing to interview DR. Beadle about my diagnosis of applicant and failing to obtain expert medical testimony to assist defense

Applicant has alleged facts that or that might entitle me for Relief Strickland v. Washington 466 US. 668 (1984), Ex parte Patterson, 993 s.w. 2d 114, 115 Tex Crim App (1999)

THE COURT OF CRIMINAL APPEALS OF TEXAS gave THE 5th DISTRICT COURT FROM Cass County 90 days to Resolved the fact issues. and the Issues shall be Resolved within 90 days of this order A supplemental transcript containing all affidavits and INTERROGATORIES OR the transcription of the Court Reporter's Notes from any Hearing or deposition, along with the trial Court's supplemental finding of fact and Conclusions of law shall be forwarded to THE Court of Criminal appeal within 120 days of the date of this order..

THis was Filed June 17, 2015

I would like to know my status on this case

THanks and God Bless each and every one of yall

Corcory Richardson